LODGED CLERK, U.S. DISTRICT COURT SEP - 5 2007 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

JS6

FILED - WESTERN DIVISION CLERK, U.S. DISTRICT COURT JAN 23 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BARNETT,<br><br>   Petitioner,<br><br>   v.<br><br>JOHN MARSHALL, Warden,<br><br>   Respondent. | NO. ED CV 07-427-AG(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: JANUARY 17, 2008.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE